202002506
rec

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| IN RE:<br><br>CHRISTINE A. CANTRELL<br><br>Debtor | Case No. 20-50683<br><br>Chapter 13<br><br>Judge Alan M. Koschik<br><br>**OBJECTION TO DEBTOR'S PLAN BY U.S. BANK, NATIONAL ASSOCIATION (PROPERTY ADDRESS 375 NORTH REVERE ROAD FAIRLAWN, OH 44333)** |

Now comes U.S. Bank, National Association, a secured creditor, and respectfully objects to the proposed Chapter 13 Plan filed herein by the Debtor. This is an ongoing objection and is intended to be an objection to any subsequent plan filed by the Debtor. Creditor reserves the right to amend and/or supplement this objection should additional information be necessary. This Objection is supported by the following Memorandum.

## MEMORANDUM

On April 21, 2016 Steven Cantrell signed a Note in the amount of $158,574.00. The Note matures on May 1, 2046. Debtor, Christine A. Cantrell and non-filing spouse Steven Cantrell executed a Mortgage secured by Debtor's principal residence located at 375 North Revere Road Fairlawn, OH 44333 ("Real Property"). The mortgage was filed for record on April 22, 2016 in Instrument No. 56206812 of Summit County records. The mortgage loan account is in default, resulting in an estimated pre-petition arrearage of $896.57.

U.S. Bank, National Association holds a mortgage lien on debtor(s) real property known as 375 North Revere Road Fairlawn, OH 44333. The proposed Chapter 13 Plan fails to comply with Section 1322(b)(5) of the Bankruptcy Code, which permits debtors to cure defaults while resuming and maintaining regular payments on long term obligations. That section requires, however, that such defaults be cured "within a reasonable time". The Chapter 13 Plan proposed herein does not list Creditor's subject mortgage loan account as a secured claim and makes no provision for curing the Creditor's existing arrearage claim nor for the maintenance of post-petition payments outside the Plan.

WHEREFORE, based on the foregoing, Creditor respectfully requests that confirmation of the proposed plan be denied.

/s/ Joel K. Jensen ___________________
Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. No. 29302
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext 3349
(513) 241-4094 Fax
nohbk@lsrlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan of the secured creditor, , was electronically transmitted on April 22, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

Denise M. Leskovec, Esq., Attorney for Debtor
1 Cascade Plaza Suite 1410
Akron, OH 44308
dleskovec@ohiolegalclinic.com

Keith Rucinski, Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308-1318
efilings@ch13akron.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Objection to Debtor's Plan was transmitted on or about April 22, 2020 via regular U.S. mail, postage pre-paid:

Christine A. Cantrell
375 N. Revere Road
Fairlawn, OH 44333

/s/ Joel K. Jensen________________
Joel K. Jensen, Case Attorney
Ohio Supreme Court Reg. No. 29302
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext 3349
(513) 241-4094 Fax
nohbk@lsrlaw.com